WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
ASHLEY MAXWELL (338218)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail:  rshields@wilsonturnerkosmo.com
E-mail  amaxwell@wilsonturnerkosmo.com
E-mail:  warrantyeservice@wilsonturnerkosmo.com

JS-6

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ROSEMARY ZWICK, an individual, | Case No. 5:24-cv-2280 SSS (SHKx) |
| Plaintiffs, | **ORDER REMANDING MATTER TO SUPERIOR COURT** |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | Complaint Filed: September 25, 2024 |
| Defendants. | District Judge: Sunshine Suzanne Sykes<br>Magistrate Judge: Shashi H. Kewalramani<br>Trial Date: Not Set |

**The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:**

**IT IS HEREBY ORDERED** that this matter will be remanded to the Superior Court of California for the County of Riverside per the stipulation of the Parties.

Date: December 2, 2024

By: _____
Hon. Sunshine S. Sykes
U.S. District Judge